Professional Process Servers
250 E Wisconsin Ave, 18th Floor
Milwaukee, WI 53202

INVOICE NO. 95563
United States District Court for the Eastern
District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** Hansen Reynolds LLC

**Case Name:** Letitia Holloway  **Vs**  Jonathan Mejias-Rivera, et al

**Case Number:** 2:24-cv-00134-BHL

**Documents to be Served:**

Summons in a Civil Action, Complaint, Civil Cover Sheet, Disclosure Statement, Consent to Proceed Before a Magistrate Judge, Jury Trial Demanded, Amended Complaint

**Corporation or LLC Served:** City of Milwaukee c/o Office of the City Clerk

**Served person apparently in charge of office or officer, director, or managing agent name:** Gloria Ware, Communications Director, City of Milwaukee Clerk's Office

**Address Where Served:** 200 E Wells St, Milwaukee, WI 53202-3515

**Date and Time Served:** 04/26/24 11:18 AM

**Other Pertinent Information:**

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

SIGNATURE: _J-NU  4-30-24_

PROCESS SERVER'S NAME: Joe Glisch

Fee for service: $80.00

State of Wisconsin, County of Milwaukee

Subscribed and sworn to before me this _30_ day of _April_, 2024

Notary Public, State of Wisconsin

My Commission Expires: _7/5/27_

HEATHER BILOT
Notary Public, State of Wisconsin