Professional Process Servers
250 E Wisconsin Ave, 18th Floor
Milwaukee, WI 53202

INVOICE NO. 95564
United States District Court for the Eastern
District of Wisconsin

## Affidavit of Personal Service

**Client:** Hansen Reynolds LLC

**Case Name:** Letitia Holloway     Vs     Jonathan Mejias-Rivera, et al
**Case Number:** 2:24-cv-00134-BHL

**Documents to be Served:**

Summons in a Civil Action, Complaint, Civil Cover Sheet, Disclosure Statement, Consent to Proceed Before a Magistrate Judge, Jury Trial Demanded, Amended Complaint

**Person Served:** Jonathan Mejias-Rivera
**Address Where Served:** 5034 Spruce Court, Greendale, WI 53129
**Date and Time Served:** 04/29/24 5:45 PM
**Other Pertinent Information:**

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

SIGNATURE: _J-NU  4-30-24_

PROCESS SERVER'S NAME: Joe Glisch
Fee for service: $80.00

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this _30_ day of _April_, 2024

Notary Public, State of Wisconsin
My Commission Expires: _7/5/27_

HEATHER BILOT
Notary Public, State of Wisconsin