Professional Process Servers
250 E Wisconsin Ave, 18th Floor
Milwaukee, WI 53202

INVOICE NO. 95597
United States District Court for the Eastern
District of Wisconsin

## Affidavit of Substitute Service

**Client:** Hansen Reynolds LLC
**Case Name:** Letitia Holloway **Vs** Jonathan Mejias-Rivera, et al
**Case Number:** 2:24-cv-00134-BHL

**Documents to be Served:**

Summons in a Civil Action, Complaint, Civil Cover Sheet, Disclosure Statement, Consent to Proceed Before a Magistrate Judge, Jury Trial Demanded Amended Complaint

**Person to be Served:** Lisa Saffold
**Substitute Service Upon:** Linda Mulheron
**Relationship to Intended:** Aunt & Co-Occupant
**Address Where Served:** 1737 S Layton Blvd, Milwaukee, WI 53215-2215
**Date and Time Served:** 04/30/24 10:20 AM

**Unsuccessful Attempts:**

04/30/24 10:20 AM    Linda Mulheron, Aunt of Lisa, advised affiant Lisa is not home. Linda advised affiant herself and Lisa both live there.

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

**SIGNATURE:** _(signed)_
**PROCESS SERVER'S NAME:** Joe Glisch
**Fee for service:** $120.00

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me
this 30 day of April, 2024

Notary Public, State of Wisconsin
My Commission Expires: 7/5/27

HEATHER BILOT
Notary Public, State of Wisconsin