UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

LETITIA HOLLOWAY,

    Plaintiff,

v.                                            Case No. 2:24-cv-00134

JONATHAN MEJIAS-RIVERA,
LISA SAFFOLD, and CITY OF MILWAUKEE,

    Defendants.

---

## JOINT RULE 26(f) REPORT

---

The parties, Letitia Holloway ("Plaintiff" or "Holloway") and Defendants Jonathan Mejias-Rivera, Lisa Saffold and City of Milwaukee (the "Defendants"), submit this Joint Rule 26(f) report pursuant to Local Rule 16. Pursuant to Rule 26(f), a joint meeting was held on September 24, 2024 and attended by Michael Lueder and Griselda Aldrete on behalf of Plaintiff and Katherine Headley on behalf of Defendants.

**A.**    **Brief Summary of Nature of Case**

Plaintiff's complaint alleges the Defendants harassed the Plaintiff and retaliated against her in violation of Title VII, 42 U.S.C. § 1981, and 42 U.S.C. § 1983. Defendants deny these allegations.

**B.**    **Rule 26 Information**

    1.    **Rule 16(b) Scheduling Conference.** A Scheduling Conference is set for October 1, 2024 at 10:00 am.

    2.    **Possibility of Settlement.** During the Rule 26(f) Conference, counsel for the parties discussed the potential for early settlement; discussions are ongoing.

3. **Rule 26(a)(1) Disclosures.** The parties agreed to exchange their initial disclosures on October 18, 2024.

4. **Need for Protective Order.** The parties believe sensitive human resources information will be exchanged. A protective order is appropriate. Parties will work together to provide the Court with a draft Protective Order.

5. **Discovery Issues.** The parties do not anticipate any discovery issues.

6. **Case Schedule.**

The parties propose the following case schedule:

| Event | Proposed Date |
| --- | --- |
| Deadline to serve Initial Disclosures | October 18, 2024 |
| Deadlines to add additional parties and to amend pleadings without leave of Court | November 15, 2024 |
| Close of Fact Discovery | May 16, 2025 |
| Designation of Expert Witnesses and Exchange of Initial Expert Reports for which party bears burden | June 27, 2025 |
| Designation of Rebuttal Experts and exchange of Rebuttal Expert Reports | July 11, 2025 |
| Close of Expert Discovery | August 8, 2025 |
| Deadline to file Dispositive Motions | August 22, 2025 |
| Rule 26(a)(3) disclosures and all motions in limine | 30 days before final pretrial conference |
| Final pretrial conference | 14 days before trial |
| Trial | TBD |

**C.     Modifications to Limitation on Discovery Imposed by the Federal Rules**

The parties propose no changes to the Federal Rules of Civil Procedure.

**D.     Privilege Issues**

If information protected from disclosure by the attorney-client privilege or work product doctrine is disclosed without intent to waive the privilege or protection, within fourteen (14) days after discovery of the inadvertent production, the producing party may amend its discovery response and notify the other party that such information was inadvertently produced and should have been withheld. Once the producing party provides such notice, the recipient must promptly return the specified information with any copies. The recipient cannot assert that the production waived the privilege protection, however, the recipient does not waive the right to challenge the assertion of the privilege and seek a court order denying such privilege.

**E.     Electronic Service and Electronic Copies**

The parties consent to service by electronic means as set forth in Federal Rule of Civil Procedure 5(b)(2)(E) and that such service shall be complete upon transmission, provided that the sender does not receive any indication that such electronic transmission was unsuccessful. Service on Plaintiff will be made to at least the following counsel:

> HANSEN REYNOLDS LLC
> Michael C. Lueder
> 301 N. Broadway, Suite 400
> Milwaukee, Wisconsin 53202
> Email: mlueder@hansenreynolds.com

Service on Defendants will be made to at least the following counsel:

> Milwaukee City Attorney's Office
> Katherine Headley, Assistant City Attorney
> 800 City Hall
> 200 East Wells Street
> Milwaukee, Wisconsin 53202
> Email: khead@milwaukee.gov

F.  **Electronic Discovery**

The parties agree to discuss and seek agreement on protocols with respect to the identification, review, and production of electronically stored information. Electronically stored information shall be produced in an electronic format to be agreed upon by the parties and on a rolling basis. Each party reserves the right to request any document in color or in native format as needed and such request shall not be unreasonably denied.

Dated: September 25, 2024.

        **HANSEN REYNOLDS, LLC**

By: /s/ Michael C. Lueder
    Michael C. Lueder, SBN 1039954
    301 N Broadway, Suite 400
    Milwaukee, Wisconsin 53202
    Telephone: 414-455-7676
    Facsimile: 414-273-8476
    mlueder@hansenreynolds.com

*Attorneys for Plaintiff Letitia Holloway*

EVAN C. GOYKE
City Attorney

By: /s/ Katherine A. Headley
    Katherine A. Headley, SBN 1115841
    Assistant City Attorney
    800 City Hall
    200 East Wells Street
    Milwaukee, Wisconsin 53202
    Email: khead@milwaukee.gov

*Attorneys for Defendants Jonathan Mejias-Rivera, Lisa Fossier, City of Milwaukee*