UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LETITIA HOLLOWAY,

          Plaintiff,

     v.                                   Case No. 24-CV-134

JONATHAN MEJIAS-RIVERA,
LISA FOSSIER (nee SAFFOLD) and
CITY OF MILWAUKEE,

          Defendants.

## COURT MINUTES OF
## RULE 16 TELEPHONIC SCHEDULING CONFERENCE

### HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE:     October 1, 2024 at 10:00 AM     DEPUTY CLERK: Linda M. Zik

TIME COMMENCED:    10:00 a.m.     TIME CONCLUDED:    10:04 am

Zoom audio

APPEARANCES:

    PLAINTIFF:     Michael Lueder

    DEFENDANTS:     Katherine Headley

**DEADLINES SET:**
**10/18/2024** – Rule 26(a)(1) Initial Disclosures
**11/15/2024** - Join Parties / Amend Pleadings
**5/16/2025** – Fact Discovery
**6/27/2025** – Parties Expert Disclosures
**7/11/2025** – Rebuttal Expert Disclosures
**8/8/2025** – Expert Discovery
**8/22/2025** – Dispositive / Summary Judgment Motions

No Final Pretrial or Trial dates will be set until dispositive motions are decided. If summary judgment motions are filed and claims survive, or if no summary judgment motions are filed, then the court will set another telephonic scheduling conference to schedule these dates.

Scheduling Order to be entered.

**COMMENTS:**

COURT has the parties Rule 26(f) report.

MEDIATION
If the parties would like another magistrate judge from this District to conduct mediation, a letter should be filed